# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF DECEMBER 1, 2006 MASTR ASSET BACKED SECURITIES TRUST 2006-HE5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE5, | § § § § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:17-cv-149-RP-JCM |
| JANIE QUINTEROS, ISSAC C. QUINTEROS, CORINE G. QUINTEROS, PAULA A. RUNNELS, SHERRY LOSSING, BARBARA L. SAWYER, VIRGINIA O. WILLOUGHBY, AND THE UNKNOWN HEIRS AT LAW OF FAUSTINO G. QUINTEROS A/K/A F. G. QUINTEROS, DECEASED, | § § § § § § § § § § | |
| Defendants. | § | |

## DECLARATION OF MARK D. CRONENWETT

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the following statements are true and correct:

1.      "My name is Mark D. Cronenwett.  I am over the age of 21 years and am fully competent to make this Declaration.  All statements of fact made herein are true, correct, and within my personal knowledge.

2.      I am an attorney at Mackie Wolf Zientz & Mann, P.C. ("MWZM"), attorneys for U.S. Bank National Association, as Trustee under Pooling and Servicing Agreement dated as of

December 1, 2006 MASTR Asset-Backed Securities Trust 2006-HE5 Mortgage Pass-Through Certificates, Series 2006-HE5 ("Plaintiff") in this cause.

3.      I am an attorney licensed to practice in the State of Texas and am a member of the bar of the United States District Court for the Western District of Texas. I am currently the managing attorney for the litigation department of the law firm of MWZM located in Dallas, Texas. I am in good standing with respect to the State Bar of Texas.  A true and correct copy of my resume is attached hereto as Exhibit A-1.

4.      This firm was retained by U.S. Bank, National Association to enforce its interest in certain real property as a result of Defendants' default of under the Note and Deed of Trust agreement between the parties.  The legal professionals of MWZM with whom I worked in providing these services are at all relevant times attorneys licensed by the State of Texas, in good standing and experienced in the areas of business, real estate, and commercial litigation practice. Without waiving the attorney-client privilege, the subject matter of the counsel and representation provided to U.S. Bank, National Association by MWZM legal professionals included, but was not limited to: review and analysis of the loan documents at issue; preparation and filing of U.S. Bank, National Association's *Original Complaint; Request for Entry of Default; and Motion for Default Judgment*.

5.      The reasonable incurred attorneys' fees are $15,175.23 to prosecute U.S. Bank, National Association's claims for the enforcement of its interest in certain real property as a result of Defendants' default of under the Note and Deed of Trust agreement between the parties.

6.      I have become familiar with the legal services necessary to handle claims based on and the reasonable charges for such legal services in the United States District Court for the Western District of Texas and within the State of Texas.

7.      In considering reasonable attorneys' fees in this case, I have considered the time and labor involved; the difficulty of the issues presented; the experience, reputation and ability of the attorneys involved in pursuing this claim; the skills requisite to properly conduct the case; customary charges of the Bar and awards in similar cases; and the amount in controversy.

8.      Based upon my knowledge and experience with similar litigation in the state and federal courts in Texas, and applying the facts and factors set out above, it is my opinion that the sum of $15,175.23 are reasonable attorneys' fees for prosecuting U.S. Bank, National Association's claims for the enforcement of its interest in certain real property as a result of Defendants' default of under the Note and Deed of Trust agreement between the parties.

9.      If any party files post-judgment motion, a reasonable fee for the Bank would be $2,500.00.  If this case is appealed to the court of appeals, a reasonable fee for the Bank would be an additional $5,000.00.   If this case is appealed to the United States Supreme Court, a reasonable fee for the Plaintiff would be an additional $2,500.00.

FURTHER DECLARANT SAYETH NOT."

Signed this 25th day of January, 2019.

/s/ Mark D. Cronenwett
**MARK D. CRONENWETT**

# EXHIBIT A-1

# MARK D. CRONENWETT

14160 N. Dallas Parkway, Suite 900 · Dallas, Texas 75254 · (214) 635-2650

PROFESSIONAL
EXPERIENCE

***Mackie Wolf Zientz & Mann, P.C.***, Dallas, Texas, 10/12-present
Practice areas: consumer law, primarily mortgage-lending litigation; general commercial litigation; general insurance defense; and appellate law. My duties include handling all aspects of a litigation practice, including discovery, motion practice and sitting first chair at trial. Another major aspect of my practice involves briefing issues to all Texas appellate courts, both in original proceedings and in the appeal of final judgments. I also have the responsibility of giving work to associate attorneys at the firm and supervising them.

***Higier Allen & Lautin, P.C.***, Addison, Texas, 1/09-10/12
Practice areas: consumer law, primarily mortgage-lending litigation; general commercial litigation; general insurance defense; and appellate law. My duties include handling all aspects of a litigation practice, including discovery, motion practice and sitting first chair at trial. Another major aspect of my practice involves briefing issues to all Texas appellate courts, both in original proceedings and in the appeal of final judgments. I also have the responsibility of giving work to associate attorneys at the firm and supervising them.

***Cowles & Thompson, P.C.***, Dallas, Texas, 9/99-1/09
I was an associate until I was made a Shareholder in December 2000. Practice areas: consumer law, primarily mortgage-lending litigation; general commercial litigation; general insurance defense; and appellate law. My duties include handling all aspects of a litigation practice, including discovery, motion practice and sitting first chair at trial. Another major aspect of my practice involves briefing issues to all Texas appellate courts, both in original proceedings and in the appeal of final judgments. I also have the responsibility of giving work to associate attorneys at the firm and supervising them.

***Fanning, Harper & Martinson, P.C.***, Dallas, Texas 9/98-9/99
I was an associate in the firm's governmental defense section. Practice areas: defense of governmental entities in civil rights and employment cases. My duties included sitting second chair at trial; drafting and answering discovery; drafting and arguing all varieties of motions; drafting appellate briefs; and attending mediations.

***Kuntz & Bonesio, L.L.P.***, Dallas, Texas 6/97-9/98
I was a litigation associate. Practice areas: commercial litigation, general insurance defense, employment law, and insurance subrogation. My duties included sitting second chair at trial; drafting and answering discovery, drafting and arguing all varieties of motions.

***Texas Court of Appeals, Tenth District***, Waco, Texas, 10/94-6/97
I was a briefing attorney for Judge Bob Cummings until July 1996 when I was hired as Judge Cummings' permanent staff attorney. I was the principal legal advisor to Judge Cummings; researched and drafted opinions in complex appeals; consulted with other judges on reconciling differences on the correct application of law; prepared drafts of opinions reconciling differences; led discussions of cases at court conferences; supervised interns and more junior legal staff; and handled the Court's motions docket.

***Texas Employment Commission***, Austin, Texas 1/94-10/94
I was a hearing officer, presiding over administrative hearings concerning unemployment compensation and issued written opinions.

EDUCATION

**Juris Doctorate**, 5/93
*Catholic University of America*, Washington D.C.
Associate Moot Court member, 1/91-5/93
Finalist, Dean's Cup Moot Court Competition, 3/91

President and Secretary of Guild of Catholic Lawyers, 5/91-5/93

**B.A. in English Literature**, concentrating in Politics, 5/90
*University of Dallas,* Irving, Texas

PROFESSIONAL          Admitted to Texas State Bar, Fifth Circuit, and all Texas Federal District Courts;
ASSOCIATIONS          Member of the Dallas Bar Association; Consumer Law and Civil Appellate Sections of
                      the Texas Bar; Federal Bar Association; Immediate Past President, St. Thomas More
                      Society; Pro Bono Counsel to White Rose Women's Center

# EXHIBIT B

| Invoice Date |
|---|
| 06/21/2017 |

Mackie Wolf Zientz & Mann, P.C.
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

INVOICE

Ocwen Loan Servicing
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

Loan No: ███████
Reference:
Property Addr: 715 WEST 3RD STREET
EDDY, TX 76524
Our File: 16-002567-670-2

Loan Type: HEL; Case Type: Litigation

BILLING SUMMARY:

| COSTS | | | |
|---|---|---|---|
| DATE | COST DESCRIPTION | RECOVERABLE | AMOUNT |
| 06/07/2017 | Filing Costs - Original Complaint | Yes | $400.00 |

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 04/24/2017 | Paralegal Fee-Hourly Jackson, Erin | Yes | $95.00 | 0.30 | $28.50 |
| Correspondence requesting updated payoff and reinstatement figures.  Review and provide outstanding litigation fees and costs. | | | | | |
| 04/25/2017 | Paralegal Fee-Hourly Jackson, Erin | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review of updated payoff and reinstatement figures. | | | | | |
| 06/02/2017 | Associate Attorney Fee-Hourly Modric, Joseph | Yes | $215.00 | 4.50 | $967.50 |
| Initial review of judicial foreclosure matter with unobtainable assignment and probate issues; Conduct search of McLennan County public records for documents in support of claim and identities of borrower`s heirs; Conduct public records search for contact information for necessary parties; Development of case strategy; Preparation of original petition; Notes to file. | | | | | |
| 06/05/2017 | Associate Attorney Fee-Hourly Modric, Joseph | Yes | $215.00 | 0.20 | $43.00 |
| Preparation of affidavit regarding identity of borrower`s heirs; Notes to file. | | | | | |
| 06/06/2017 | Paralegal Fee-Hourly Jackson, Erin | Yes | $95.00 | 0.30 | $28.50 |
| Correspondence with client to obtain NMS approval prior to proceeding with milestone event | | | | | |
| 06/07/2017 | Paralegal Fee-Hourly Jackson, Erin | Yes | $95.00 | 0.80 | $76.00 |
| Research and obtain SCRA/pacer results for each party (5) | | | | | |
| 06/07/2017 | Paralegal Fee-Hourly Jackson, Erin | Yes | $95.00 | 0.40 | $38.00 |
| Prepared Certificate of Interested Parties. | | | | | |
| 06/07/2017 | Paralegal Fee-Hourly Jackson, Erin | Yes | $95.00 | 0.30 | $28.50 |
| Combine and redact exhibits for filing with Original Complaint | | | | | |
| 06/07/2017 | Paralegal Fee-Hourly Goad, Brandie | Yes | $95.00 | 0.20 | $19.00 |

| Paralegal Fee-Hourly - Prepared Civil Cover Sheet | | | | | |
|---|---|---|---|---|---|
| 06/07/2017 | Paralegal Fee-Hourly Goad, Brandie | Yes | $95.00 | 0.30 | $28.50 |
| Paralegal Fee-Hourly - Prepared Summons Requests | | | | | |
| 06/15/2017 | Paralegal Fee-Hourly Jackson, Erin | Yes | $95.00 | 0.30 | $28.50 |
| Correspondence with process server requesting attempted personal service of all named Defendants. | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Costs Since Last Billing | $400.00 |
| Total Hourly Fees Since Last Billing | $1,305.00 |
| Current Amount Due | $1705.00 |
| Payments Received | $0.00 |
| **Total Amount Due** | **$1705.00** |



| Invoice Date |
|---|
| 08/07/2017 |

Mackie Wolf Zientz & Mann, P.C.
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

INVOICE

Ocwen Loan Servicing
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

Loan No: ██████
Reference:
Property Addr: 715 WEST 3RD STREET
EDDY, TX 76524
Our File: 16-002567-670-2

Loan Type: HEL; Case Type: Litigation

BILLING SUMMARY:

| COSTS | | | |
|---|---|---|---|
| DATE | COST DESCRIPTION | RECOVERABLE | AMOUNT |
| 06/16/2017 | Process Server Costs - served Corine Quinteros | Yes | $143.50 |
| 06/16/2017 | Process Server Costs - served Paula Runnels | Yes | $83.50 |
| 06/22/2017 | Process Server Costs - served Sherry Lossing | Yes | $143.50 |
| 06/26/2017 | Process Server Costs - served Nicole Comstock | Yes | $147.50 |
| 07/11/2017 | Process Server Costs - attempt to serve Janie Quinteros in Eddy, TX | Yes | $143.50 |
| 07/19/2017 | Process Server Costs - unable to serve Issac Quinteros - canceled service | Yes | $143.50 |

| HOURLY FEES | | | | |
|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 06/07/2017 | Senior Attorney Fee-Hourly Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Review and revise complaint. | | | | | |
| 06/23/2017 | Associate Attorney Fee-Hourly Modric, Joseph | Yes | $215.00 | 0.50 | $107.50 |
| Review email regarding bad addresses for multiple defendants; Review case file and court docket for status of service of process; Conduct updated public records searches for new addresses; Coordinate requests; Notes to file. | | | | | |
| 06/28/2017 | Paralegal Fee-Hourly Jackson, Erin | Yes | $95.00 | 0.30 | $28.50 |
| Correspondence with private investigator regarding location of Defendants Issac and Janie Quinteros | | | | | |
| 06/28/2017 | Paralegal Fee-Hourly Jackson, Erin | Yes | $95.00 | 0.40 | $38.00 |
| Received and review of returns of service regarding Defendants Corine G. Quinteros and Paula A. Runnels | | | | | |
| 07/05/2017 | Paralegal Fee-Hourly Jackson, Erin | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review of return of service concerning Sherry Lossing | | | | | |
| 07/05/2017 | Senior Attorney Fee-Hourly Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Review and revise complaint | | | | | |
| 07/11/2017 | Associate Attorney Fee-Hourly Modric, Joseph | Yes | $215.00 | 0.30 | $64.50 |
| Research secondary service addresses for defendants Janie Quinteros and Isaac Quinteros; Notes to file. | | | | | |

| 07/11/2017 | Paralegal Fee-Hourly Taplin, Susan | Yes | $95.00 | 0.20 | $19.00 |
|---|---|---|---|---|---|
| Review court case status on docket for deadlines and upcoming hearings. | | | | | |
| 07/14/2017 | Associate Attorney Fee-Hourly Modric, Joseph | Yes | $215.00 | 0.20 | $43.00 |
| Receipt and review returns of service on multiple defendants; Notes to file. | | | | | |
| 07/27/2017 | Paralegal Fee-Hourly Jackson, Erin | Yes | $95.00 | 0.20 | $19.00 |
| Correspondence with process server regarding status of service of remaining named defendant. | | | | | |
| 07/27/2017 | Paralegal Fee-Hourly Goad, Brandie | Yes | $95.00 | 0.20 | $19.00 |
| Paralegal Fee-Hourly - Prepared Citation by Publication | | | | | |
| 07/27/2017 | Associate Attorney Fee-Hourly Modric, Joseph | Yes | $215.00 | 0.20 | $43.00 |
| Review case file/ court docket for status; Notes to file for follow up. | | | | | |
| 07/27/2017 | Senior Attorney Fee-Hourly Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Review status of service | | | | | |
| 07/31/2017 | Paralegal Fee-Hourly Jackson, Erin | Yes | $95.00 | 0.30 | $28.50 |
| Correspondence with newspaper regarding proof and quote for attorney review. | | | | | |
| 08/01/2017 | Paralegal Fee-Hourly Jackson, Erin | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review of return of service regarding Janie Quinteros served 7/20/2017 | | | | | |
| 08/01/2017 | Associate Attorney Fee-Hourly Modric, Joseph | Yes | $215.00 | 0.20 | $43.00 |
| Receipt and review summons issued to unknown heirs; Coordinate request for reissuance to address incorrect response period; Notes to file. | | | | | |
| 08/02/2017 | Associate Attorney Fee-Hourly Modric, Joseph | Yes | $215.00 | 0.20 | $43.00 |
| Review case file for status; Preparation of case summary per client request; Notes to file. | | | | | |
| 08/03/2017 | Associate Attorney Fee-Hourly Modric, Joseph | Yes | $215.00 | 0.10 | $21.50 |
| Receipt and review return of service for Janie Quinteros. | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Costs Since Last Billing | $805.00 |
| Total Hourly Fees Since Last Billing | $684.50 |
| Current Amount Due | $1489.50 |
| Previous Balance | $1705.00 |
| Payments Received | $1705.00 |
| **Total Amount Due** | **$1489.50** |

| Invoice Date |
|---|
| 04/25/2018 |

Mackie Wolf Zientz & Mann, P.C.
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

INVOICE

Ocwen Loan Servicing
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

Loan No: █████████
Reference:
Property Addr: 715 WEST 3RD STREET
EDDY, TX 76524
Our File: 16-002567-670-2

Loan Type: HEL; Case Type: Litigation

BILLING SUMMARY:

| COSTS | | | |
|---|---|---|---|
| DATE | COST DESCRIPTION | RECOVERABLE | AMOUNT |
| 07/20/2017 | Process Server Costs - served Janie Quinteros- Recoverable | Yes | $143.50 |
| 08/02/2017 | Process Server Costs- Recoverable | Yes | $215.66 |
| 08/25/2017 | Process Server Costs- Recoverable | Yes | $448.91 |
| 09/18/2017 | Publication Costs- Recoverable | Yes | $537.05 |
| 09/19/2017 | Publication Costs- Recoverable | Yes | $1,611.15 |
| 12/05/2017 | Publication Costs- Recoverable | Yes | $2,299.00 |

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 06/15/2017 | Senior Attorney Fee-Hourly- Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Review status of service. | | | | | |
| 08/03/2017 | Senior Attorney Fee-Hourly- Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Receipt and review return of service. | | | | | |
| 08/17/2017 | Paralegal Fee-Hourly- Recoverable Jackson, Erin | Yes | $95.00 | 0.20 | $19.00 |
| Correspondence with process server regarding status of service of Isaac Quinteros | | | | | |
| 08/22/2017 | Associate Attorney Fee-Hourly- Recoverable Modric, Joseph | Yes | $215.00 | 0.20 | $43.00 |
| Review case file for status; Preparation of case summary per client request; Notes to file. | | | | | |
| 08/23/2017 | Paralegal Fee-Hourly- Recoverable Schmidt, Rathikane | Yes | $95.00 | 0.20 | $19.00 |
| Review case status. | | | | | |
| 08/25/2017 | Paralegal Fee-Hourly- Recoverable Jackson, Erin | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review of return of service regrading Issac Quinteros served 8/22/2017 | | | | | |
| 08/28/2017 | Senior Attorney Fee-Hourly- Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Receipt and review return of service. | | | | | |
| 08/30/2017 | Associate Attorney Fee-Hourly- Recoverable Modric, Joseph | Yes | $215.00 | 0.30 | $64.50 |
| Receipt and review of return of service for Issac Quinteros; Review court docket for status; Coordinate request for new | | | | | |

summons for the unknown heirs; Notes to file.

| Date | Role / Attorney | Recoverable | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 08/30/2017 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Review status of service. | | | | | |
| 08/31/2017 | Associate Attorney Fee-Hourly-Recoverable Modric, Joseph | Yes | $215.00 | 0.10 | $21.50 |
| Receipt and review summons issued to unknown heirs of F.G. Quinteros. | | | | | |
| 09/04/2017 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Review status of service. | | | | | |
| 09/13/2017 | Associate Attorney Fee-Hourly-Recoverable Modric, Joseph | Yes | $215.00 | 0.20 | $43.00 |
| Review case file and court docket for status; Notes to file. | | | | | |
| 09/13/2017 | Associate Attorney Fee-Hourly-Recoverable Modric, Joseph | Yes | $215.00 | 0.70 | $150.50 |
| Analysis of issues regarding proper form of summons as clerk will not issue summons with legal description attached; Legal research/ analysis of recent case law regarding content of summons; Coordinate request for new summons and development of strategy to complete service; Notes to file. | | | | | |
| 09/14/2017 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Review status of service. | | | | | |
| 09/15/2017 | Paralegal Fee-Hourly-Recoverable Jackson, Erin | Yes | $95.00 | 0.30 | $28.50 |
| Correspondence with newspaper requesting quote and proof for review prior to publishing | | | | | |
| 09/15/2017 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Review status of service. | | | | | |
| 09/18/2017 | Associate Attorney Fee-Hourly-Recoverable Modric, Joseph | Yes | $215.00 | 0.20 | $43.00 |
| Review and approval of proof in advance of publication of summons for unknown heirs; Notes to file for follow up. | | | | | |
| 09/18/2017 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Review status of service. | | | | | |
| 10/03/2017 | Associate Attorney Fee-Hourly-Recoverable Modric, Joseph | Yes | $215.00 | 0.20 | $43.00 |
| Review case file and court docket for status in advance of upcoming ARM call; Preparation of updated case summary; Notes to file for follow-up. | | | | | |
| 10/24/2017 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $190.00 | 1.80 | $342.00 |
| Began drafting Motion for Default Judgment and Request for Clerk`s Entry of Default | | | | | |
| 10/25/2017 | Associate Attorney Fee-Hourly-Recoverable Green, Gordon | Yes | $190.00 | 0.40 | $76.00 |
| Reviewed and revised the Motion for Default Judgment and Request for Clerk`s Entry | | | | | |
| 10/26/2017 | Associate Attorney Fee-Hourly-Recoverable Modric, Joseph | Yes | $215.00 | 1.00 | $215.00 |
| Review and revision to request for clerk`s entry of default, motion for default judgment, and proposed default judgment; Preparation of proposed clerk`s default; Preparation of declaration in support of request for clerk`s entry of default. | | | | | |
| 11/15/2017 | Associate Attorney Fee-Hourly-Recoverable Modric, Joseph | Yes | $215.00 | 0.20 | $43.00 |
| Review case file and court docket for status; Notes to file. | | | | | |
| 11/17/2017 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.10 | $21.50 |
| Review status of service. | | | | | |
| 11/29/2017 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Review status of service. | | | | | |

| 11/30/2017 | Paralegal Fee-Hourly-Recoverable Jackson, Erin | Yes | $95.00 | 0.30 | $28.50 |
|---|---|---|---|---|---|
| Correspondence with newspaper regarding publication proof and quote | | | | | |
| 12/01/2017 | Associate Attorney Fee-Hourly-Recoverable Modric, Joseph | Yes | $215.00 | 0.10 | $21.50 |
| Review and approval of proof of summons by publication in advance of publishing. | | | | | |
| 12/13/2017 | Associate Attorney Fee-Hourly-Recoverable Modric, Joseph | Yes | $215.00 | 0.20 | $43.00 |
| Review case file and court docket for status in advance of upcoming ARM call. | | | | | |
| 12/27/2017 | Associate Attorney Fee-Hourly-Recoverable Modric, Joseph | Yes | $215.00 | 0.20 | $43.00 |
| Review case file and court docket in advance of upcoming weekly ARM call; Notes to file. | | | | | |
| 01/03/2018 | Paralegal Fee-Hourly-Recoverable Jackson, Erin | Yes | $95.00 | 0.20 | $19.00 |
| Correspondence with newspaper regarding status of receipt of Affidavit of Publication | | | | | |
| 01/15/2018 | Associate Attorney Fee-Hourly-Recoverable Laurel, Melvin | Yes | $215.00 | 0.10 | $21.50 |
| Review file and status. | | | | | |
| 01/17/2018 | Associate Attorney Fee-Hourly-Recoverable Modric, Joseph | Yes | $215.00 | 0.20 | $43.00 |
| Review case file and court docket; Notes to file. | | | | | |
| 01/17/2018 | Associate Attorney Fee-Hourly-Recoverable Modric, Joseph | Yes | $215.00 | 0.20 | $43.00 |
| Receipt and review affidavit of publication from newspaper; Coordinate request for new affidavit with copy of the published notice; Notes to file for follow-up. | | | | | |
| 01/19/2018 | Associate Attorney Fee-Hourly-Recoverable Modric, Joseph | Yes | $215.00 | 0.20 | $43.00 |
| Review case file and court docket for status in advance of upcoming ARM call; Preparation of updated case summary in advance of call; Notes to file. | | | | | |
| 01/23/2018 | Paralegal Fee-Hourly-Recoverable Jackson, Erin | Yes | $95.00 | 0.20 | $19.00 |
| Correspondence with newspaper requesting  copies of the publication in support of the previously provided affidavit | | | | | |
| 03/07/2018 | Associate Attorney Fee-Hourly-Recoverable Modric, Joseph | Yes | $215.00 | 0.10 | $21.50 |
| Review case file and court docket for status in advance of upcoming ARM call; Notes to file. | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Costs Since Last Billing | $5,255.27 |
| Total Hourly Fees Since Last Billing | $1,924.50 |
| Current Amount Due | $7179.77 |
| Previous Balance | $3194.50 |
| Payments Received | $3194.50 |
| **Total Amount Due** | **$7179.77** |



| Invoice Date |
| --- |
| 08/29/2018 |

**Mackie Wolf Zientz & Mann, P.C.**
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

**INVOICE**

Ocwen Loan Servicing
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

Loan No:
Reference:
Property Addr: 715 WEST 3RD STREET
EDDY, TX 76524
Our File: 16-002567-670-2

Loan Type: HEL; Case Type: Litigation

BILLING SUMMARY:

| COSTS | | | |
| --- | --- | --- | --- |
| **DATE** | **COST DESCRIPTION** | **RECOVERABLE** | **AMOUNT** |
| 07/25/2018 | 18-07877 Process Server Costs- Recoverable | Yes | $556.13 |

| HOURLY FEES | | | | | |
| --- | --- | --- | --- | --- | --- |
| **DATE** | **FEE DESCRIPTION** | **RECOVERABLE** | **RATE** | **HOURS** | **AMOUNT** |
| 03/09/2018 | Associate Attorney Fee-Hourly-Recoverable Modric, Joseph | Yes | $215.00 | 0.80 | $172.00 |
| Preparation of motion to appoint attorney ad litem; Preparation of proposed order. | | | | | |
| 03/21/2018 | Associate Attorney Fee-Hourly-Recoverable Modric, Joseph | Yes | $215.00 | 0.30 | $64.50 |
| Review case file and court docket for status of pending motion to appoint attorney ad litem; Preparation of case summary update in Caseaware; Notes to file. | | | | | |
| 04/02/2018 | Associate Attorney Fee-Hourly-Recoverable Modric, Joseph | Yes | $215.00 | 0.20 | $43.00 |
| Review file for documents relating to deceased borrower; Preparation of email to Watkins Investigations requesting heir report; Notes to file for follow-up | | | | | |
| 04/02/2018 | Associate Attorney Fee-Hourly-Recoverable Modric, Joseph | Yes | $215.00 | 0.20 | $43.00 |
| Preparation of detailed correspondence to recently appointed attorney ad litem regarding case issues and including documents relating to deceased borrower`s possible heirs. | | | | | |
| 04/05/2018 | Associate Attorney Fee-Hourly-Recoverable Modric, Joseph | Yes | $215.00 | 0.20 | $43.00 |
| Exchange correspondence with ad litem concerning foreclosure claim and supporting documents. Notes to file. | | | | | |
| 05/01/2018 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Receipt and review answer. | | | | | |
| 05/08/2018 | Associate Attorney Fee-Hourly-Recoverable Modric, Joseph | Yes | $215.00 | 0.20 | $43.00 |
| Receipt and review report of attorney ad litem. Notes to file for follow-up. | | | | | |
| 05/08/2018 | Associate Attorney Fee-Hourly-Recoverable Modric, Joseph | Yes | $215.00 | 0.20 | $43.00 |
| Exchange correspondence with attorney ad litem regarding fees for services rendered. Notes to file. | | | | | |
| 05/09/2018 | Associate Attorney Fee-Hourly-Recoverable Modric, Joseph | Yes | $215.00 | 0.20 | $43.00 |
| Review case file and court docket for activity. Preparation of updated case summary to file. | | | | | |

| Date | Description | Recoverable | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 05/10/2018 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Receipt and review ad litem report | | | | | |
| 05/16/2018 | Paralegal Fee-Hourly-Recoverable Schmidt, Rathikane | Yes | $95.00 | 0.10 | $9.50 |
| Review case for current status. | | | | | |
| 06/04/2018 | Paralegal Fee-Hourly-Recoverable Schmidt, Rathikane | Yes | $95.00 | 0.10 | $9.50 |
| Review case for status of filing of MSJ. | | | | | |
| 06/04/2018 | Associate Attorney Fee-Hourly-Recoverable Modric, Joseph | Yes | $215.00 | 0.20 | $43.00 |
| Review case file for activity. Preparation of updated case summary to file. | | | | | |
| 06/04/2018 | Associate Attorney Fee-Hourly-Recoverable Modric, Joseph | Yes | $215.00 | 0.30 | $64.50 |
| Exchange multiple correspondence with private investigator regarding heir search. Notes to file. | | | | | |
| 06/04/2018 | Associate Attorney Fee-Hourly-Recoverable Modric, Joseph | Yes | $215.00 | 1.60 | $344.00 |
| Preparation of motion for default judgment and proposed judgment. | | | | | |
| 06/05/2018 | Associate Attorney Fee-Hourly-Recoverable Modric, Joseph | Yes | $215.00 | 1.00 | $215.00 |
| Preparation of declaration in support of motion, request for clerk`s entry of default, and proposed clerk`s entry of default. | | | | | |
| 06/06/2018 | Paralegal Fee-Hourly-Recoverable Jackson, Erin | Yes | $95.00 | 0.30 | $28.50 |
| Combine and redact exhibits to Motion for Default Judgment.  Notified attorney. | | | | | |
| 06/06/2018 | Associate Attorney Fee-Hourly-Recoverable Modric, Joseph | Yes | $215.00 | 0.20 | $43.00 |
| Exchange correspondence with attorney ad litem regarding proposed judgment. Notes to file. | | | | | |
| 06/18/2018 | Paralegal Fee-Hourly-Recoverable Duncan-Abraham, Janie | Yes | $95.00 | 0.20 | $19.00 |
| Phone call from Virginia Willoughby, alleged heir to Faustino Quinteros | | | | | |
| 06/22/2018 | Paralegal Fee-Hourly-Recoverable Schmidt, Rathikane | Yes | $95.00 | 0.10 | $9.50 |
| Review case for status of judgment. | | | | | |
| 06/22/2018 | Associate Attorney Fee-Hourly-Recoverable Modric, Joseph | Yes | $215.00 | 0.80 | $172.00 |
| Receipt and review report from private investigator. Analysis of file documents to confirm identities of heirs. Conceptualization of revised case strategy based on newly discovered heirs. | | | | | |
| 07/13/2018 | Paralegal Fee-Hourly-Recoverable Schmidt, Rathikane | Yes | $95.00 | 0.10 | $9.50 |
| Review case for status of next action. Heir report received, file being reviewed for additional heirs to be added to complaint. | | | | | |
| 07/25/2018 | Associate Attorney Fee-Hourly-Recoverable Laurel, Melvin | Yes | $215.00 | 0.20 | $43.00 |
| Review file and pleadings, determine next steps. | | | | | |
| 07/27/2018 | Paralegal Fee-Hourly-Recoverable Schmidt, Rathikane | Yes | $95.00 | 0.20 | $19.00 |
| Review case status for completion of service. | | | | | |
| 08/01/2018 | Associate Attorney Fee-Hourly-Recoverable Smith, Jonathan | Yes | $215.00 | 0.40 | $86.00 |
| Review of Heir Search in Preparation of Drafting Amended Complaint. | | | | | |
| 08/02/2018 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.20 | $19.00 |
| Correspondence inquiring as to whether or not the loan is currently being considered for any loss mitigation prior to filing First Amended Complaint. | | | | | |
| 08/02/2018 | Associate Attorney Fee-Hourly-Recoverable Smith, Jonathan | Yes | $215.00 | 1.30 | $279.50 |

| | | | | | |
|---|---|---|---|---|---|
| Drafted and Revised Amended Complaint to add heirs. | | | | | |
| 08/03/2018 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| Research and obtain SCRA/Pacer results for each named defendant. | | | | | |
| 08/03/2018 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.20 | $19.00 |
| Finalized First Amended Complaint prior to filing with the court. | | | | | |
| 08/06/2018 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Review and revise amended complaint prepared by J. Smith. | | | | | |
| 08/13/2018 | Paralegal Fee-Hourly-Recoverable Schmidt, Rathikane | Yes | $95.00 | 0.20 | $19.00 |
| Review case for status of complaint and service of same. | | | | | |
| 08/17/2018 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.20 | $19.00 |
| Correspondence with process server requesting attempted service for Barbara Sawyer and Virginia Willoughby. | | | | | |
| 08/20/2018 | Associate Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 0.20 | $43.00 |
| Reviewed file for status of service on additionally named parties. | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Costs Since Last Billing | $556.13 |
| Total Hourly Fees Since Last Billing | $2,165.50 |
| Current Amount Due | $2721.63 |
| Previous Balance | $10374.27 |
| Payments Received | $10374.27 |
| **Total Amount Due** | **$2721.63** |



| Invoice Date |
|---|
| 11/16/2018 |

Mackie Wolf Zientz & Mann, P.C.
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

## INVOICE

Ocwen Loan Servicing
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

Loan No:
Reference:
Property Addr: 715 WEST 3RD STREET
EDDY, TX 76524
Our File: 16-002567-670-2

Loan Type: HEL; Case Type: Litigation

BILLING SUMMARY:

| COSTS | | | |
|---|---|---|---|
| DATE | COST DESCRIPTION | RECOVERABLE | AMOUNT |
| 09/08/2018 | Process Server Costs - Attempted Service on Virginia O. Willoughby- Recoverable | Yes | $142.00 |
| 09/08/2018 | Process Server Costs - Service on Virginia O. Willoughby- Recoverable | Yes | $145.50 |
| 09/27/2018 | Process Server Costs -Locate and Service Barbara L. Sawyer- Recoverable | Yes | $204.83 |
| 09/29/2018 | Process Server Costs - Attempted Service on Barbara L. Sawyer- Recoverable | Yes | $202.00 |

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 08/29/2018 | Paralegal Fee-Hourly- Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.20 | $19.00 |
| Correspondence with process server requesting additional address for Barbara Sawyer and Virginia Willoughby. | | | | | |
| 09/05/2018 | Paralegal Fee-Hourly- Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.20 | $19.00 |
| Correspondence with process server requesting additional address for Barbara Sawyer. | | | | | |
| 09/05/2018 | Senior Attorney Fee-Hourly- Recoverable Danaher, Philip | Yes | $215.00 | 0.20 | $43.00 |
| Reviewed file to determine address for service. | | | | | |
| 09/10/2018 | Paralegal Fee-Hourly- Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review of Return of Service for Virginia Willoughby. | | | | | |
| 09/13/2018 | Paralegal Fee-Hourly- Recoverable Schmidt, Rathikane | Yes | $95.00 | 0.10 | $9.50 |
| Reviewed case for answer deadline date. | | | | | |
| 09/14/2018 | Paralegal Fee-Hourly- Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.20 | $19.00 |
| Correspondence with private investigator to locate and serve defendant Barbara Sawyer. | | | | | |
| 09/14/2018 | Paralegal Fee-Hourly- Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.20 | $19.00 |
| Correspondence with process server requesting non service affidavits for attempted service on Barbara Sawyer. | | | | | |
| 09/24/2018 | Senior Attorney Fee-Hourly- Recoverable Danaher, Philip | Yes | $215.00 | 0.20 | $43.00 |

| | | | | | |
|---|---|---|---|---|---|
| Reviewed file for upcoming deadlines and hearings. | | | | | |
| 09/27/2018 | Paralegal Fee-Hourly-Recoverable Schmidt, Rathikane | Yes | $95.00 | 0.20 | $19.00 |
| Reviewed bi-weekly report, checked for current status of case and next course of action, correspondence to client. | | | | | |
| 09/27/2018 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review return of service for Barbara Sawyer from private investigator. | | | | | |
| 09/27/2018 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 0.20 | $43.00 |
| Confirmed status of service on all parties, set deadline to file motion for default judgment. | | | | | |
| 10/01/2018 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Receipt and review returns of service. | | | | | |
| 10/09/2018 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 0.20 | $43.00 |
| Receipt and review of order setting status conference. | | | | | |
| 10/09/2018 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 0.20 | $43.00 |
| Confirmed that all parties in suit have been served in preparation of status conference. | | | | | |
| 10/19/2018 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 1.20 | $258.00 |
| Prepared motion for default judgment. | | | | | |
| 10/24/2018 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 0.40 | $86.00 |
| Prepared proposed default judgment, obtained attorney ad litem`s agreement on the same. | | | | | |
| 10/25/2018 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.50 | $47.50 |
| Research and obtain SCRA/Pacer results for each named defendant prior to Judgment. | | | | | |
| 10/25/2018 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| Combined and redacted exhibits to affidavit in support of Motion for Default judgment. | | | | | |
| 10/25/2018 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.20 | $19.00 |
| Prepared correspondence to parties regarding Motion for default judgment. | | | | | |
| 10/25/2018 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.20 | $19.00 |
| Finalized Motion for Default Judgment prior to filing. | | | | | |
| 10/25/2018 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 0.20 | $43.00 |
| Finalized motion for default judgment. | | | | | |
| 11/08/2018 | Paralegal Fee-Hourly-Recoverable Schmidt, Rathikane | Yes | $95.00 | 0.20 | $19.00 |
| Reviewed bi-weekly report from client, case for filed motion for default, sent correspondence to client. | | | | | |

| TOTALS | |
|---|---|
| **DESCRIPTION** | **AMOUNT** |
| Total Costs Since Last Billing | $694.33 |
| Total Hourly Fees Since Last Billing | $920.50 |
| Current Amount Due | $1614.83 |
| Previous Balance | $13095.90 |
| Payments Received | $13095.90 |
| **Total Amount Due** | **$1614.83** |

| Invoice Date |
|---|
| 12/27/2018 |

Mackie Wolf Zientz & Mann, P.C.
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

INVOICE

Ocwen Loan Servicing
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

Loan No: ▮▮▮▮▮▮▮
Reference:
Property Addr: 715 WEST 3RD STREET
EDDY, TX 76524
Our File: 16-002567-670-2

Loan Type: HEL; Case Type: Litigation

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 11/06/2018 | Senior Attorney Fee-Hourly-Recoverable Cronenwett, Mark | Yes | $215.00 | 0.20 | $43.00 |
| Review status of default judgment | | | | | |
| 11/26/2018 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 0.20 | $43.00 |
| Reviewed file, provided legal direction to client for further handling. | | | | | |
| 11/27/2018 | Paralegal Fee-Hourly-Recoverable Schmidt, Rathikane | Yes | $95.00 | 0.10 | $9.50 |
| Reviewed probate hold report and case for entry of judgment. | | | | | |
| 12/12/2018 | Paralegal Fee-Hourly-Recoverable Schmidt, Rathikane | Yes | $95.00 | 0.20 | $19.00 |
| Reviewed bi-weekly probate hold report and case for status of entry of judgment. | | | | | |
| 12/12/2018 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 0.20 | $43.00 |
| Reviewed fie for status of entry of default judgment. | | | | | |
| 12/27/2018 | Paralegal Fee-Hourly-Recoverable Schmidt, Rathikane | Yes | $95.00 | 0.20 | $19.00 |
| Reviewed bi-weekly probate hold report and case for entry of final judgment. | | | | | |

| TOTALS | |
|---|---|
| DESCRIPTION | AMOUNT |
| Total Hourly Fees Since Last Billing | $176.50 |
| Current Amount Due | $176.50 |
| Previous Balance | $14710.73 |
| Payments Received | $14710.73 |
| **Total Amount Due** | **$176.50** |

| Invoice Date |
|---|
| 01/25/2019 |

Mackie Wolf Zientz & Mann, P.C.
14160 N. Dallas Pkwy Ste. 900
Dallas, TX 75254
Phone: (214) 635-2650
Fax: (214) 635-2686

INVOICE

Ocwen Loan Servicing
1661 Worthington Road, Suite 100
West Palm Beach, FL 33409

Loan No
Reference:
Property Addr: 715 WEST 3RD STREET
EDDY, TX 76524
Our File: 16-002567-670-2

Loan Type: HEL; Case Type: Litigation

BILLING SUMMARY:

| HOURLY FEES | | | | | |
|---|---|---|---|---|---|
| DATE | FEE DESCRIPTION | RECOVERABLE | RATE | HOURS | AMOUNT |
| 12/31/2018 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.20 | $19.00 |
| Receipt and review of Clerk`s Entry of Default. | | | | | |
| 01/15/2019 | Paralegal Fee-Hourly-Recoverable Schmidt, Rathikane | Yes | $95.00 | 0.20 | $19.00 |
| Reviewed bi-weekly probate hold report and case for entry of judgment. | | | | | |
| 01/15/2019 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 0.30 | $64.50 |
| Reviewed order granting motion for default judgment. | | | | | |
| 01/18/2019 | Senior Attorney Fee-Hourly-Recoverable Danaher, Philip | Yes | $215.00 | 0.20 | $43.00 |
| Reviewed file in light of upcoming service transfer. | | | | | |
| 01/25/2019 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| Prepared draft Bill of Costs prior to filing with the court. | | | | | |
| 01/25/2019 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.30 | $28.50 |
| Combined exhibits in support of Motion for Attorney Fees. | | | | | |
| 01/25/2019 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.20 | $19.00 |
| Prepared draft Declaration of Mark .D. Cronenwett in support of the Motion for Attorney Fees. | | | | | |
| 01/25/2019 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.50 | $47.50 |
| Prepared draft Motion for Attorney fees, Proposed Order prior to filing with the court | | | | | |
| 01/25/2019 | Paralegal Fee-Hourly-Recoverable Lenehan, Rebecca | Yes | $95.00 | 0.20 | $19.00 |
| Prepared correspondence to parties regarding Motion for Attorney Fees. | | | | | |

| TOTALS | |
|---|---|
| DESCRIPTION | AMOUNT |
| Total Hourly Fees Since Last Billing | $288.00 |
| Current Amount Due | $288.00 |
| Payments Received | $14,710.73 |
| **Total Amount Due** | **$-14,422.73** |

Invoice # ███████

Invoice Date: 01/25/2019

Loan No: ███████
Reference:
Property Addr: 715 WEST 3RD STREET
EDDY, TX 76524
Our File: 16-002567-670

| BILLED CASE SUMMARY SINCE INCEPTION | |
|---|---|
| FEES | $0.00 |
| EXPENSES | $7,710.73 |
| TIME | $7,464.50 |
| TOTAL | $15,175.23 |

Thank you for the opportunity to be of service.

Please contact invoicing@mwzmlaw.com for any questions or concerns regarding items on this invoice.