IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF DECEMBER 1, 2006 MASTR ASSET BACKED SECURITIES TRUST 2006-HE5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE5, | § § § § § § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 6:17-cv-149-RP-JCM |
| JANIE QUINTEROS, ISSAC C. QUINTEROS, CORINE G. QUINTEROS, PAULA A. RUNNELS, SHERRY LOSSING, BARBARA L. SAWYER, VIRGINIA O. WILLOUGHBY, AND THE UNKNOWN HEIRS AT LAW OF FAUSTINO G. QUINTEROS A/K/A F. G. QUINTEROS, DECEASED, | § § § § § § § § § § § | |
| Defendants. | § | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES**

**CAME ON TO BE CONSIDERED** on this day, the *Motion for Attorneys' Fees* ("Motion") of Plaintiff U.S. Bank National Association, as Trustee under Pooling and Servicing Agreement dated as of December 1, 2006 MASTR Asset-Backed Securities Trust 2006-HE5 Mortgage Pass-Through Certificates, Series 2006-HE5 ("Plaintiff"), and after consideration of the Motion and the evidence on file, the Court is of the opinion that the Motion should be granted in its entirety. It is therefore,

**ORDERED, ADJUDGED AND DECREED** that the Motion is GRANTED; it is further

**ORDERED, ADJUDGED AND DECREED** that Plaintiff shall have and recover its attorneys' fees in the amount of $_____ from and Defendants Janie Quinteros, Issac C. Quinteros, Corine G. Quinteros, Paula A. Runnels, Sherry Lossing, Barbara L. Sawyer, Virginia O. Willoughby, and the Unknown Heirs at Law of Faustino G. Quinteros a/k/a F. G. Quinteros, deceased ("Defendants") as a further obligation owed by Defendants under the Note and Security Instrument; and it is further

**SIGNED** on this ____ day of _____, 2019.

_____
**UNITED STATES DISTRICT JUDGE**