IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE UNDER POOLING AND SERVICING AGREEMENT DATED AS OF DECEMBER 1, 2006 MASTR ASSET-BACKED SECURITIES TRUST 2006-HE5 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-HE5, <br> *Plaintiff*, <br><br> v. <br><br> JANIE QUINTEROS, ISSAC C. QUINTEROS, CORINE G. QUINTEROS, PAULA A. RUNNELS, SHERRY LOSSING, BARBARA L. SAWYER, VIRGINIA O. WILLOUGHBY, and the UNKNOWN HEIRS AT LAW OF FAUSTINO G. QUINTEROS a/k/a F. G. QUINTEROS, DECEASED, <br> *Defendants* | § § § § § § § § § § § § § § § § § § § § § § § § § | Case No. 6:17-CV-00149-ADA |

## ORDER GRANTING PLAINTIFF'S MOTION FOR ATTORNEYS' FEES

Before the Court is Plaintiff's Motion for Attorneys' Fees (Dkt. 42), filed January 25, 2019. Upon consideration of the instant motion, the record, and the applicable law, the Court is of the opinion that the motion is meritorious and should be, and is hereby, **GRANTED**. Accordingly, it is

**ORDERED, ADJUDGED, and DECREED** that Plaintiff's Motion for Attorneys' Fees (Dkt. 42), filed January 25, 2019, is **GRANTED**. It is further

**ORDERED, ADJUDGED, and DECREED** that Plaintiff shall have and recover its attorneys' fees in the amount of $15,175.23 from Defendants Janie Quinteros, Issac C. Quinteros, Corine G. Quinteros, Paula A. Runnels, Sherry Lossing, Barbara L. Sawyer, Virginia O. Willoughby, and the Unknown Heirs at Law of Faustino G. Quinteros a/k/a F.G. Quinteros, deceased, (collectively "Defendants") as a further obligation owed by Defendants under the Note and Security Instrument.

SIGNED this 5th day of February 2019.

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE